**Todd M. Friedman, Esq. (216752)**
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
**369 S. DOHENY DR. #415**
**BEVERLY HILLS, CA 90211**
**877 206-4741**
**866 633-0228 facsimile**
**tfriedman@AttorneysForConsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES MCKAIN,** | ) Case No. C09-05625 HRL |
| | ) |
| Plaintiff, | ) **NOTICE OF DISMISSAL WITH** |
| | ) **PREJUDICE** |
| vs. | ) |
| | ) |
| **ENHANCED RECOVERY** | ) |
| **CORPORATION,** | ) |
| | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Northern District Court of California, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 11th day of January, 2010.

By: **s/Todd M. Friedman**
    **Todd M. Friedman, Esq.**
    **Attorney for Plaintiff**

Notice of Dismissal - 1

1
2  Filed electronically on this 11th day of January, 2010, with:
3  United States District Court CM/ECF system
4
5  And hereby served upon all parties

6
7  By: s/Todd M. Friedman
       Todd M. Friedman
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28